UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD FRANCIS, WESLEY WON,
DENNIS SPEERLY, JOSEPH SIERCHIO,
MICHAEL PLAFKER, HOWARD YOUNG      CASE NO: 19-11044
and DARRIN DEGRAND, individually and on    Hon.  David M. Lawson
behalf of others similarly situated,

        Plaintiffs,

v.

GENERAL MOTORS, LLC,

        Defendant.
_____/

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO SUSPEND DEADLINES

GM moved to suspend all deadlines in this case considering the pending transfer and consolidation of two other cases, *Duffy et al v. General Motors*, 9:18-cv-81726-RLR (S.D.Fla) and *Shelton v. General Motors*, 19-cv-0918-MN (D. Del.). (ECF No. 10). Plaintiffs do not oppose GM's request for a stay of the June 14, 2019 deadline for GM's responsive pleading in the instant case.  However, Plaintiffs oppose a blanket stay of all deadlines, specifically with respect to the June 26, 2019 case management status and scheduling conference.

This Court expressly instructed the Parties to "commence significant discovery prior to the [June 26, 2019] conference." (ECF No. 6 at 2). Plaintiffs too

1

wish to continue forward and not start the discovery process anew, as the crux of the claims in all three cases remains the same (defective transmissions). Indeed, in *Duffy,* the Parties have already agreed upon the protective order and ESI protocol, served document requests, and met and conferred with GM as to responses. Plaintiffs request to pick up where the Parties left off and avoid unnecessary delay. Counsel for the *Shelton* case will be invited to join as well. Plaintiffs will also meet and confer with GM's counsel to discuss a discovery plan. The parties will file that by June 19th or send the Court a short statement pursuant the Court's Notice to Appear (ECF No. 6).

By:*/s/ Beth M. Rivers*
Michael L. Pitt (P24429)
Beth M. Rivers (P33614)
PITT McGEHEE PALMER AND RIVERS, P.C.
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067
Telephone: (248) 398-9800
Facsimile: (248) 398-9804
mpitt@pittlawpc.com
brivers@pittlawpc.com

Theodore J. Leopold, Esq. (pro hac vice)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
tleopold@cohenmilstein.com

        Douglas J. McNamara (pro hac vice pending)
        Karina Puttieva
        **COHEN MILSTEIN SELLERS & TOLL PLLC**
        1100 New York Avenue NW
        Suite 500
        Washington DC, 20005
        Tel: 202-408-4600
        Fax: 202-408-4699
        dmcnamara@cohenmilstein.com
        kputtieva@cohenmilstein.com

        Steven G. Calamusa
        Gordon & Partners, P.A.
        4114 Northlake Boulevard
        Palm Beach Gardens, FL  33410
        Phone: 561-799-5070
        Fax: 561-799-4050
        SCalamusa@fortheinjured.com;

        Attorneys for Plaintiffs

Dated:  June 14, 2019

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was filed with the U.S. District Court through the ECF filing system and that all parties to the above cause was served via the ECF filing system on June 14, 2019.

      Signature:/s/ Regina Bell____
          117 W. Fourth Street, Suite 200
          Royal Oak, Michigan 48067
          (248) 398-9800
          rbell@pittlawpc.com