UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD FRANCIS, et al.

      Plaintiffs,

v.

GENERAL MOTORS, LLC,

      Defendant.
_____/

Case No. 2:19-cv-11044

Honorable David M. Lawson

## STIPULATION TO GRANT BRITTNEY D. KOHN LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR GENERAL MOTORS, LLC

Under Local Rule 83.25(b)(2), the parties have conferred and hereby stipulate and agree to the withdrawal of Brittney D. Kohn as counsel of record in this and all related matters on behalf of General Motors, LLC in the above captioned action.

Ms. Kohn is no longer be with Bush Seyferth PLLC. No substitution of counsel is necessary as General Motors continues to be represented by other attorneys of record from Bush Seyferth PLLC.

1

Stipulated and Agreed on September 18, 2019:

| THE MILLER LAW FIRM | BUSH SEYFERTH PLLC |
|---|---|
| /s/ *Sharon S. Almonrode (w/consent)* | /s/ *Stephanie A. Douglas* |
| E. Powell Miller (P39487)<br>Sharon S. Almonrode (P33938)<br>William Kalas<br>950 W. University Drive, Suite 300<br>Rochester, MI 48307<br>Telephone: (248) 841-2200<br>Fax: 248-652-2852<br>epm@millerlawpc.com<br>ssa@millerlawpc.com<br>dal@millerlawpc.com | Stephanie A. Douglas<br>100 W. Big Beaver Road<br>Suite 400<br>Troy, MI 48084<br>Telephone: (248) 822-7806<br>Fax: (248) 822-7806<br>douglas@bsplaw.com<br><br>Kathleen Taylor Sooy<br>Jerome Albert Murphy<br>Jared A. Levine<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004<br>Telephone: 202-624-2500<br>Fax: 202-628-5611<br>ksooy@crowell.com<br>jalevine@crowell.com |
| *Counsel for Plaintiff and the Proposed Classes* | *Counsel for General Motors LLC* |