# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| RICHARD FRANCIS, et al., individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>GENERAL MOTORS, LLC,<br><br>      Defendant. | Case No. 2:19-cv-11044<br><br>Honorable David M. Lawson<br><br>Magistrate Judge David R. Grand |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that E. Powell Miller of The Miller Law Firm, P.C. hereby enters his appearance as counsel of record on behalf of Plaintiffs Louis Ray, Troy Coulson, Kimberly Coulson, Charles Graff, Lisa Marie Graff, Andre McQuade, and Phillip Weeks in the above captioned matter.

Dated: May 7, 2020

Respectfully submitted,

/s/ *E. Powell Miller*_____
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2020 I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ *E. Powell Miller*_____
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com