UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD FRANCIS, WESLEY WON,
DENNIS SPEERLY, JOSEPH SIERCHIO,
MICHAEL PLAFKER, HOWARD YOUNG,
DARRIN DEGRAND, JAY HULL,
MICHAEL BANKS, GUY CLARK,
MICHAEL SYLVESTER, PHIL HOUK,
MARIA BARALLARDOS, CHI KIM HO,
PHILIP WHICKER, TAURUS KING,
CHARLES AIKEN, CARY SHERROW,
WILLIAM GROSSMAN, CARL JOHNSEN,
JEFFREY RICE, JASON KEVIN SINCLAIR,
NICOLLETE COVEY, KIMBERLY COULSON,
TROY COULSON, ANDRE MCQUADE,
DONALD DYKSHORN, TIMOTHY GRAFRATH,
TAIT THOMAS, JAMES PAUL BROWNE,
WILLIAM FREDO, DONALD SICURA,
JON ELLARD, CHRISTOPHER KRULL,
RICHARD NOONAN, ARIF SHAKOOR,
RICHARD TERRY SHOPE, RHIANNA MEYERS,
RANDALL JACOBS, MICHAEL PONDER,
PHILIP WEEKS, KARINA FREDO,
MARC MAZZA, JIMMY FLOWERS,
NEIL AMBROSIO, STEVEN BRACK,
KEVIN WESLEY, CHARLES LARSEN,
CLYDE CHENG, BRIAN LLOYD,
LISA MARIE GRAFF, and CHARLIE GRAFF,

Case Number 19-11044
Honorable David M. Lawson

**ORDER OF PARTIAL
DISMISSAL**

        Plaintiffs,
v.

GENERAL MOTORS, LLC,

        Defendant.
_____/

- 2 -

## ORDER OF PARTIAL DISMISSAL

Pursuant to the stipulation of the parties (ECF No. 86), is it **ORDERED** that all of the claims brought against the defendant by plaintiffs Charlie Graff and Lisa Marie Graff **ONLY** are **DISMISSED WITHOUT PREJUDICE** and without costs to any party.

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Dated: May 26, 2020