# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| RICHARD FRANCIS, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS, LLC,<br><br>Defendant. | Civil Action No. 2:19-cv-11044<br><br>Hon. David M. Lawson<br>Magistrate Judge David R. Grand |

## **PLAINTIFFS' MOTION FOR STATUS CONFERENCE**

Plaintiffs, by and through their counsel, respectfully request that this Court conduct a status conference to discuss a discovery schedule, including document production, in this matter. Pursuant to Local Rule 7.1, Plaintiffs conferred with Defendant General Motors, LLC ("GM") prior to filing this motion. GM does not consent to the filing of this motion.

Dated: June 3, 2020

Respectfully submitted,

/s/ Theodore Leopold

Theodore J. Leopold
**COHEN MILSTEIN SELLERS & TOLL**

i

**PLLC**
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
tleopold@cohenmilstein.com

*Plaintiffs' Lead Counsel*

Douglas J. McNamara
Julia A. Horwitz
Karina G. Puttieva
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW East Tower, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
dmcnamara@cohenmilstein.com
jhorwitz@cohenmilstein.com
kputtieva@cohenmilstein.com

Robert Gordon, Esq.
Steven Calamusa, Esq.
**GORDON & PARTNERS, P.A.**
4114 Northlake Blvd.,
Palm Beach Gardens, FL 33410
Telephone: (561) 799-5070
Facsimile: (561) 799-4050
rgordon@fortheinjured.com
scalamusa@fortheinjured.com

Russell D. Paul
Amey J. Park
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103

ii

Telephone: (215) 875-3000
Facsimile: (215) 875-4604
rpaul@bm.net
apark@bm.net

Mark A. Ozzello
Tarek H. Zohdy
Cody R. Padgett
Trisha K. Monesi
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396
Tarek.Zohdy@capstonelawyers.com
Trisha.Monesi@capstonelawyers.com
Cody.Padgett@capstonelawyers.com

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
William Kalas (P82113)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com
wk@millerlawpc.com

Joseph H. Meltzer
Melissa L. Troutner
Natalie Lesser
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706

Fax: (610) 667-7056
jmeltzer@ktmc.com
mtroutner@ktmc.com
nlesser@ktmc.com

Lynn Lincoln Sarko
Gretchen Freeman Cappio
Ryan McDevitt
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com

*Plaintiffs' Steering Committee*

Michael L. Pitt (P24429)
Beth Rivers (P33614)
**PITT McGEHEE PALMER
AND RIVERS, P.C.**
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067
Telephone: (248) 398-9800
Facsimile: (248) 398-9804
mpitt@pittlawpc.com
brivers@pittlawpc.com

*Plaintiffs' Liaison Counsel*

iv

## **STATEMENT OF ISSUE PRESENTED**

Whether the Court should convene a status conference to discuss a discovery schedule.

## **CONTROLLING OR MOST APPROPRIATE AUTHORITY**

None.

## **MEMORANDUM IN SUPPORT OF MOTION**

On September 16, 2019, following the Parties' September 11, 2019 Case Management & Scheduling Conference, this Court entered initial case management deadlines related to the Amended Consolidated Complaint and Initial Disclosures. ECF No. 34. On November 7, 2019, this Court entered an Order setting the deadlines for responding to the Amended Consolidated Complaint and directing GM to file an Answer. ECF No. 52.

On November 29, 2019, GM filed its Motion to Dismiss. ECF No. 53. On December 20, 2019, Plaintiffs filed their opposition to the Motion to Dismiss. ECF No. 58. On January 3, 2020, GM filed its Reply. ECF No. 60. While the parties were briefing GM's Motion to Dismiss, the parties were actively engaged in negotiating an ESI Protocol and a Protective Order to govern fact discovery. The parties finalized these protocols early in January and submitted them for the Court's approval on January 8, 2020. The Court signed and entered the Protective Order on January 28, 2020. ECF No. 68.

The parties began discovery shortly after filing their ESI Protocol and proposed Protective Order, with Plaintiffs serving their First Set of Interrogatories and their First Set of Requests for Production on January 9, 2020, and GM serving its First Set of Interrogatories and their First Set of Requests for Production on

1

January 28, 2020. GM began the production of documents, providing a limited set of 215 non-custodial documents on March 4, 2020. Then, on March 20, 2020, GM requested a two-month delay on further discovery in light of GM's closures due to the COVID19 pandemic. Following a meet and confer call, on March 24, Plaintiffs agreed to the two-month delay but requested that discovery resume right away in the event that GM reopened and was therefore available to respond to discovery before two months elapsed. This period elapsed on May 26, 2020, and the parties met and conferred on May 27, 2020, to organize the resumption of discovery.

Although discovery has been proceeding smoothly to date, and while the parties are working together to navigate the unusual challenges posed by the pandemic, the parties do not yet have a formal discovery schedule entered on the docket. In order to ensure that the pace of discovery remains brisk, and in the interest of avoiding any further delays, Plaintiffs respectfully request that the Court convene a status conference to discuss the Court's preferences for a discovery timeline. If the Court so wishes, Plaintiffs could propose a discovery schedule for the Court's consideration prior to any status conference; otherwise, Plaintiffs will defer to the Court's preferred timeline.

For the foregoing reasons, Plaintiffs respectfully request that this Court enter a text-only order scheduling a status conference to discuss a formal discovery schedule.

Dated: June 3, 2020                    Respectfully submitted,

/s/ Theodore Leopold

Theodore J. Leopold
**COHEN MILSTEIN SELLERS & TOLL PLLC**
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
tleopold@cohenmilstein.com

*Plaintiffs' Lead Counsel*

Douglas J. McNamara
Julia A. Horwitz
Karina G. Puttieva
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW East Tower, 5th Floor
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
dmcnamara@cohenmilstein.com
jhorwitz@cohenmilstein.com
kputtieva@cohenmilstein.com

3

Robert Gordon, Esq.
Steven Calamusa, Esq.
**GORDON & PARTNERS, P.A.**
4114 Northlake Blvd.,
Palm Beach Gardens, FL 33410
Telephone: (561) 799-5070
Facsimile: (561) 799-4050
rgordon@fortheinjured.com
scalamusa@fortheinjured.com

Russell D. Paul
Amey J. Park
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
rpaul@bm.net
apark@bm.net

Mark A. Ozzello
Tarek H. Zohdy
Cody R. Padgett
Trisha K. Monesi
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396
Tarek.Zohdy@capstonelawyers.com
Trisha.Monesi@capstonelawyers.com
Cody.Padgett@capstonelawyers.com

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
William Kalas (P82113)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive, Suite 300

4

Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com
wk@millerlawpc.com

Joseph H. Meltzer
Melissa L. Troutner
Natalie Lesser
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056
jmeltzer@ktmc.com
mtroutner@ktmc.com
nlesser@ktmc.com

Lynn Lincoln Sarko
Gretchen Freeman Cappio
Ryan McDevitt
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com

*Plaintiffs' Steering Committee*

Michael L. Pitt (P24429)
Beth Rivers (P33614)
**PITT McGEHEE PALMER AND RIVERS, P.C.**

5

        117 W. Fourth Street, Suite 200
        Royal Oak, MI 48067
        Telephone: (248) 398-9800
        Facsimile: (248) 398-9804
        mpitt@pittlawpc.com
        brivers@pittlawpc.com

*Plaintiffs' Liaison Counsel*

6

## CERTIFICATE OF SERVICE

I, Julia Horwitz, hereby certify that on June 3, 2020, I served the foregoing via ECF on all counsel of record.

Dated: June 3, 2020          /s/ Theodore Leopold
                              Theodore Leopold