UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD FRANCIS, WESLEY WON,
DENNIS SPEERLY, JOSEPH SIERCHIO,
MICHAEL PLAFKER, HOWARD YOUNG,
DARRIN DEGRAND, JAY HULL,
MICHAEL BANKS, GUY CLARK,
MICHAEL SYLVESTER, PHIL HOUK,
MARIA BARALLARDOS, CHI KIM HO,
PHILIP WHICKER, TAURUS KING,
CHARLES AIKEN, CARY SHERROW,
WILLIAM GROSSMAN, CARL JOHNSEN,
JEFFREY RICE, JASON KEVIN SINCLAIR,
NICOLLETE COVEY, KIMBERLY COULSON,
TROY COULSON, ANDRE MCQUADE,
DONALD DYKSHORN, TIMOTHY GRAFRATH,
TAIT THOMAS, JAMES PAUL BROWNE,
WILLIAM FREDO, DONALD SICURA,
JON ELLARD, CHRISTOPHER KRULL,
RICHARD NOONAN, ARIF SHAKOOR,
RICHARD TERRY SHOPE, RHIANNA MEYERS,
RANDALL JACOBS, MICHAEL PONDER,
PHILIP WEEKS, KARINA FREDO,
MARC MAZZA, JIMMY FLOWERS,
NEIL AMBROSIO, STEVEN BRACK,
KEVIN WESLEY, CHARLES LARSEN,
CLYDE CHENG, and BRIAN LLOYD,

Case Number 19-11044
Honorable David M. Lawson

      Plaintiffs,

v.

GENERAL MOTORS, LLC,

      Defendant.

_____/

## ORDER GRANTING IN PART PLAINTIFFS' MOTION TO SCHEDULE STATUS CONFERENCE

This matter is before the Court on the plaintiffs' motion in which they ask the Court to convene a status conference to discuss the scheduling of discovery in these consolidated matters.

- 2 -

The Court has considered the motion and the defendant's opposition and finds that the request should be granted in part.

Accordingly, it is **ORDERED** that the plaintiffs' motion for a status conference (ECF No. 89) is **GRANTED IN PART**, and the Court advises the parties that it promptly will convene a case management and scheduling conference after the disposition of the defendant's pending motion to dismiss.  The motion is **DENIED** in all other respects.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated:   June 4, 2020