UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD FRANCIS, WESLEY WON,
DENNIS SPEERLY, JOSEPH SIERCHIO,
MICHAEL PLAFKER, HOWARD YOUNG,
DARRIN DEGRAND, JAY HULL,
MICHAEL BANKS, GUY CLARK,
MICHAEL SYLVESTER, PHIL HOUK,
MARIA BARALLARDOS, CHI KIM HO,
PHILIP WHICKER, TAURUS KING,
CHARLES AIKEN, CARY SHERROW,
WILLIAM GROSSMAN, CARL JOHNSEN,
JEFFREY RICE, JASON KEVIN SINCLAIR,
NICOLLETE COVEY, KIMBERLY COULSON,
TROY COULSON, ANDRE MCQUADE,
DONALD DYKSHORN, TIMOTHY GRAFRATH,
TAIT THOMAS, JAMES PAUL BROWNE,
WILLIAM FREDO, DONALD SICURA,
JON ELLARD, CHRISTOPHER KRULL,
RICHARD NOONAN, ARIF SHAKOOR,
RICHARD TERRY SHOPE, RHIANNA MEYERS,
RANDALL JACOBS, MICHAEL PONDER,
PHILIP WEEKS, KARINA FREDO,
MARC MAZZA, JIMMY FLOWERS,
NEIL AMBROSIO, STEVEN BRACK,
KEVIN WESLEY, CHARLES LARSEN,
CLYDE CHENG, BRIAN LLOYD, JERRY
CARROLL, KIMBERLY CARROLL, DOMINIC
EATHERTON, THOMAS EDMONDSON, RICHARD
FILIAGGI, SCOTT FOX, ROBERT HIGGINS,
CRAIG E. HUYETT, and DAVID THOMPSON,

Case Number 19-11044
Honorable David M. Lawson
Magistrate Judge David R. Grand

        Plaintiffs,
v.

GENERAL MOTORS, LLC,

        Defendant.
_____/

## ORDER OF PARTIAL DISMISSAL

On January 5, 2021, the parties filed a stipulation to dismiss without prejudice the claims brought by certain individual plaintiffs in this matter.

Accordingly, pursuant to the stipulation of the parties (ECF No. 101), it is **ORDERED** that the claims brought against the defendant by the following individual plaintiffs are **DISMISSED WITHOUT PREJUDICE**: Nicolette Covey (from the State of Washington), Samuel Ford (Indiana), Phil Houk (Wisconsin), Carl Johnsen (Maine), Colton Kelly (South Dakota), Mark Kidd (Tennessee), Keith and Karen Shelton (Delaware), Philip Whicker (Indiana), Charles Aiken (Pennsylvania), Neil Ambrosio (Florida), Dennis Duffy (Florida), Richard Francis (Michigan), Charles and Lisa Graff (Florida), Timothy Grafrath (Illinois), William Grossman (New Jersey), Marisella Gutierrez (Georgia), Jimmy Harman (North Carolina), Taurus King (Texas), Christopher Krull (Missouri), Charles Larsen (New York), Marc Mazza (New York), Michael Plafker (New York), Jeffrey Rice (Ohio), Arif Shakoor (Florida), Richard "Terry" Shope (North Carolina), Michael Sylvester (New York), and Howard Young (Texas).

It is further **ORDERED** that the dismissal of the individual claims brought by the persons listed above shall have no impact on the rights of other named individuals or potential absent class members from any of the same jurisdictions to proceed on an individual or collective basis on any of the otherwise surviving claims pleaded in the consolidated amended complaint. The dismissal of the claims by the persons listed above also shall have no impact on the rights of any persons named as new plaintiffs in the supplemental complaint (ECF No. 102).

s/David M. Lawson
DAVID M. LAWSON
Dated: January 12, 2021                                  United States District Judge