UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WESLEY WON, DENNIS SPEERLY,
JOSEPH SIERCHIO, DARRIN DEGRAND,
DANIEL DRAIN, WAVERS SMITH,                    Case Number 19-11044
RICHARD FREEMAN, CHRISTOPHER GILES,            Honorable David M. Lawson
LOUIS RAY, RICHARD SULLIVAN,                   Magistrate Judge David R. Grand
DANIEL BAPTIST, DENNIS SPEERLY,
JOHN IASIELLO, BENJY TOMPKINS,
JAMES NORVELL, JAY HULL,
MICHAEL BANKS, GUY CLARK,
MARIA BARALLARDOS, CHI KIM HO,
CARY SHERROW, JASON KEVIN SINCLAIR,
KIMBERLY COULSON, TROY COULSON,
ANDRE MCQUADE, DONALD DYKSHORN,
TAIT THOMAS, JAMES PAUL BROWNE,
WILLIAM FREDO, DONALD SICURA,
JON ELLARD, RICHARD NOONAN,
RHIANNA MEYERS, RANDALL JACOBS,
MICHAEL PONDER, PHILIP WEEKS,
KARINA FREDO, JIMMY FLOWERS,
STEVEN BRACK, KEVIN WESLEY,
BRIAN LLOYD, JERRY CARROLL,
KIMBERLY CARROLL, DOMINIC
EATHERTON, CRAIG HUYETT,
SCOTT FOX, THOMAS EDMONDSON,
RICHARD FILIAGGI, ROBERT HIGGINS,
and DAVID THOMPSON,

       Plaintiffs,

v.

GENERAL MOTORS, LLC,

       Defendant.

_____/

## ORDER EXTENDING SCHEDULING DEADLINES

The parties separately filed motions to extend certain scheduling deadlines. They

subsequently filed a stipulation setting forth a consensus proposal for schedule adjustments. The

Court has considered the parties' requests and finds that they have shown good cause to adjust certain deadlines established by the supplemental case management and scheduling order.

Accordingly, pursuant to the stipulation of the parties (ECF No. 133), it is **ORDERED** that the deadlines established by the supplemental case management and scheduling order are adjusted as follows.  All fact discovery must be completed **on or before September 30, 2021**.  The plaintiffs' expert disclosures under Federal Rule of Civil Procedure 26(a)(2) must be served **on or before October 9, 2021**, and the defendant's expert disclosures must be served **on or before November 10, 2021**.  All discovery related to class certification must be completed **on or before November 24, 2021**.  Motions challenging experts relating to class certification must be filed **on or before December 4, 2021**.  The plaintiffs' motion for class certification must be filed **on or before February 7, 2022**.

It is further **ORDERED** that the parties' motions to extend deadlines (ECF No. 124, 127) are **DISMISSED** as moot.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   July 27, 2021

- 2 -