IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WESLEY WON, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Civil Action No. 2:19-cv-11044<br><br>Hon. David M. Lawson<br>Magistrate Judge David R. Grand |

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| A | Index of Materials to be Sealed |
| B | Materials to be Considered under Seal for Plaintiffs' Motion for Class Certification – Redacted for Public Record. |
| C | Materials to be Considered under Seal for Plaintiffs' Motion for Class Certification – Highlighted for consideration under seal. |