# EXHIBIT A

**Exhibit A – Index of Materials to be Sealed**
**General Motors, LLC's Motion to Seal Exhibits re Plaintiffs' Motion for Class Certification**
**Materials designated with * are <u>unopposed</u> all other redactions are opposed.**

| Exhibit | Description of Confidential Materials | Designated Confidential | Designating Party |
|---|---|---|---|
| Brief in Support of Motion for Class Certification | p.2-4; 5; 11; 20; 23 (portions of)<br><br>Discussion of GM internal investigation and analysis, processes, warranty framework, warranty costs taken from portions of documents previously under seal or addressed in this index. | Yes | GM |
| 01 | Lange Rpt. at Page 51, 96-106, 113-121, 170-181; Paragraphs 59, 107-110, 119, 151: Reproduction and discussion of confidential GM reports concerning proprietary defect and field investigation processes.<br><br>Lange Rpt. at Page 87*; Paragraph 103: Discussion of confidential GM document concerning proprietary benchmarking process during vehicle development.<br><br>Lange Rpt. at Pages 94-95*, 193-94; Paragraphs 106, 170: Confidential GM internal document concerning proprietary future model year design, features, and engineering. | Yes | GM |

1

**Exhibit A – Index of Materials to be Sealed**
**General Motors, LLC's Motion to Seal Exhibits re Plaintiffs' Motion for Class Certification**
**Materials designated with * are <u>unopposed</u> all other redactions are opposed.**

| Exhibit | Description of Confidential Materials | Designated Confidential | Designating Party |
|---|---|---|---|
| 02 | PX182* <br> GM000402629 <br><br> Confidential GM document concerning internal GM deliberations and analysis regarding proprietary field action process and analysis, as well as internal safety, customer satisfaction, and legal claims investigation process and system for analysis. | Yes | GM |
| 03 | Tim Keenan Deposition Tr.* <br> 285:12-21; 290:22-24; 291:1-5 <br><br> Discussion of internal GM deliberations and analysis regarding proprietary field action process and analysis, engineering and design decisions. | Yes | GM |
| 07 | PX570 <br><br> GM000056275; GM000056284; GM000056287; GM000056290-92; GM000056294-96; GM000056301; GM000056304; GM000056309-11; GM000056319* <br><br> Confidential GM document containing: engineering analysis concerning non-8L transmissions: | Yes | GM |

2

**Exhibit A – Index of Materials to be Sealed**
**General Motors, LLC's Motion to Seal Exhibits re Plaintiffs' Motion for Class Certification**
**Materials designated with * are <u>unopposed</u> all other redactions are opposed.**

| Exhibit | Description of Confidential Materials | Designated Confidential | Designating Party |
|---|---|---|---|
|  | GM000056320<br><br>Internal engineering analysis regarding warranty cost. |  |  |
| 09 | Joseph James Page Dep Tr.* 98:14-15; 21-23; 99:9-24<br><br>Discussion of proprietary confidential information regarding future model year vehicle design and engineering and confidential internal analysis and investigation process | Yes | GM |
| 11 | PX 122<br>GM000874536-38;<br>GM000874540-42;<br>GM000874546-64<br><br>Confidential GM document discussing GM's internal warranty analysis, targets, and costs; product improvement and strategy. | Yes | GM |

3

**Exhibit A – Index of Materials to be Sealed**
**General Motors, LLC's Motion to Seal Exhibits re Plaintiffs' Motion for Class Certification**
**Materials designated with * are <u>unopposed</u> all other redactions are opposed.**

| Exhibit | Description of Confidential Materials | Designated Confidential | Designating Party |
|---|---|---|---|
| 13 | Eric Bloink Deposition Tr.* 44:21, 45:17-18; 77:15, 24<br><br>Reference to competitively sensitive non-public GM warranty costs and potential cost recovery | Yes | GM |
| 14 | PX 190<br>GM000875263-65*<br><br>Confidential GM internal email conversation concerning proprietary warranty and cost recovery processes and analyses. | Yes | GM |
| 21 | PX70<br><br>Information re negotiations with other OEMs and confidential internal discussions re field analysis and internal investigations. | Yes | GM |
| 23 | PX230<br>AFTON_0015096<br><br>Redacted as third-party/non-party confidential information regarding third-party product. | Yes | Afton Chemical |

**Exhibit A – Index of Materials to be Sealed**
**General Motors, LLC's Motion to Seal Exhibits re Plaintiffs' Motion for Class Certification**
**Materials designated with * are <u>unopposed</u> all other redactions are opposed.**

| Exhibit | Description of Confidential Materials | Designated Confidential | Designating Party |
|---|---|---|---|
| 24 | PX231<br>AFTON_0011800-01-03 (portions of)<br><br>Redacted as third-party/non-party confidential information regarding third-party product. Marked confidential by AFTON. | Yes | Afton Chemical |
| 32 | PX234<br>AFTON_0000818 (portion of)<br><br>Redacted as third-party/non-party confidential information regarding third-party product. Marked confidential by AFTON. | Yes | Afton Chemical |
| 33 | PX237<br><br>AFTON_0016462 (portion of)<br><br>Redacted as third-party/non-party confidential information regarding third-party product. Marked confidential by AFTON. | Yes | Afton Chemical |
| 35 | PX179*<br>GM000504048-49<br><br>Confidential GM document concerning warranty cost analysis. | Yes | GM |

5

**Exhibit A – Index of Materials to be Sealed**
**General Motors, LLC's Motion to Seal Exhibits re Plaintiffs' Motion for Class Certification**
**Materials designated with * are <u>unopposed</u> all other redactions are opposed.**

| Exhibit | Description of Confidential Materials | Designated Confidential | Designating Party |
|---|---|---|---|
| 36 | PX108*<br>GM000560881<br><br>Discussion containing confidential proprietary warranty cost information | Yes | GM |
| 42 | 8 Speed RWD VPE Quality Update Powerpoint Presentation*<br><br>GM000043488, GM000043490, GM000043491, GM000043492, GM000043494, GM000043495-99, GM000043506-09, GM000043511, GM000043513, GM000043515-17)<br><br>Confidential GM document concerning internal GM deliberations and analysis regarding proprietary field action process and analysis. | Yes | GM |
| 44 | PX212<br>GM000067241-46 (portions of)<br><br>Discussion of proprietary confidential information regarding confidential internal analysis and investigation process, including discussion re other GM products. | Yes | GM |