## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

WESLEY WON, *et al.*, individually and
on behalf of all others similarly situated,

Plaintiffs,

v.

GENERAL MOTORS LLC,

Defendant.

Civil Action No. 2:19-cv-11044

Hon. David M. Lawson
Magistrate Judge David R. Grand

## SUPPLEMENTAL AUTHORITY IN OPPOSITION TO
## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

General Motors LLC provides this supplemental authority in support of its

opposition to plaintiffs' motion for class certification.  (ECF 245.)  On June 14,

2022, the Sixth Circuit affirmed denial of class certification in *Tarrify Properties,*

*LLC v. Cuyahoga Cnty., Ohio*, 37 F.4th 1101, 1106–07 (6th Cir. 2022).  The Sixth

Circuit's opinion, which is attached as Exhibit A, addresses (1) ascertainability,

which GM submits is relevant to its Manifest Defect Rule arguments; and (2) the

predominance requirement under Federal Rule of Civil Procedure 23(b)(3).

Respectfully submitted,

/s/*Stephanie A. Douglas*
Stephanie A. Douglas
BUSH SEYFERTH PLLC
100 W. Big Beaver Road, Suite 400
Troy, MI 48084
Telephone: (248) 822-7806
douglas@bsplaw.com

Richard C. Godfrey, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
richard.godfrey@kirkland.com

Dated: August 5, 2022

*Attorneys for General Motors LLC*