## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DENNIS SPEERLY, *et al.*,
individually and on behalf of all others
similarly situated,

     Plaintiffs,

     v.

GENERAL MOTORS LLC,

     Defendant.

Civil Action No. 2:19-cv-11044

Hon. David M. Lawson
Magistrate Judge David R. Grand

## <u>JOINT STIPULATION TO SEAL PAGES OF ECF NO. 221-1.</u>

Plaintiffs and General Motors LLC ("GM"), by and through their respective

counsel, have met, conferred, and stipulate as follows:

1.     GM seeks to seal three pages of Exhibit 11 to Plaintiffs' Motion for

Class Certification (ECF No. 221-1, GM000874558–60). These pages contain

highly confidential trade secret information regarding a GM product that is not yet

on the market, including volume projections through 2029 that could be used by

competitors to gain a market advantage over GM. A trade secret is information that

(a) derives economic value from not being known or readily ascertainable by other

people who can obtain value from its disclosure and use, and (b) is subject to

reasonable efforts to maintain its secrecy. MCL 445.1902(d); *In re FCA US LLC Monostable Elec Gearshift Litig*, 377 F. Supp. 3d 779, 786 (E.D. Mich. 2019). GM has an overriding interest in the continued preservation and protection of these materials because, if they are not sealed, highly sensitive, commercially confidential information will be severely compromised. *See Kondash v. Kia Motors Am., Inc.*, No. 1:15-CV-506, 2018 WL 770418, at *3 (S.D. Ohio Feb. 7, 2018). This information was produced in discovery as "confidential" consistent with the parties' protective order. In the normal course of business, GM does not publicly disclose this information.

2.      Plaintiffs do not cite to, or specifically reference, these pages of Exhibit 11 in their Motion for Class Certification. Accordingly, the public's interest in accessing this information is outweighed by GM's interest in maintaining these pages under seal.

3.      On February 7, 2022, GM moved to seal Exhibit 11, as well as a handful of other confidential GM documents and employee deposition testimony included as exhibits to Plaintiffs' Motion for Class Certification. *See* ECF Nos. 220, 221, and 237). This motion was denied as to all materials on August 10, 2022, for failure to meet the procedures and standards provided in Local Rule 5.3. ECF No. 271.

4.      On August 18, 2022, the Court heard arguments on Plaintiffs' Motion

for Class Certification. At the hearing Counsel for GM raised the issue that GM sought reconsideration of the Court's order denying GM's Motion to Seal on a very narrow set of documents. The Court indicated it would permit a stipulation to seal limited information.

5.     Counsel for Plaintiffs and GM conferred and stipulated to the sealing of three pages: ECF No. 221-1, GM000874558–60. The document containing these pages currently remains sealed on the docket. ECF No. 221.

ACCORDINGLY, the Parties request that the Court issue an Order granting GM's limited request to seal pages ECF No. 221-1, GM000874558–60.

Dated: August 26, 2022

/s/ _____
Douglas J. McNamara
Karina G. Puttieva
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Ave. NW East Tower,
5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
dmcnamara@cohenmilstein.com
kputtieva@cohenmilstein.com

Theodore J. Leopold
COHEN MILSTEIN SELLERS &
TOLL PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401

/s/ Stephanie Douglas
Stephanie Douglas
Lindsay DeMoss Long
Patrick Seyferth
BUSH SEYFERTH PLLC
100 W. Big Beaver Road, Suite 400
Troy, MI 48084
Telephone: (248) 822-7806
Facsimile: (248) 822-7000
long@bsplaw.com
seyferth@bsplaw.com
douglas@bsplaw.com

Richard C. Godfrey, P.C.
Renee D. Smith
Paul D. Collier
KIRKLAND & ELLIS LLP
300 N. LaSalle Dr.
Chicago, IL 60654

tleopold@cohenmilstein.com
*Interim Lead Counsel*
Robert Gordon, Esq.
Steven Calamusa, Esq.
GORDON & PARTNERS, P.A.
4114 Northlake Blvd.,
Palm Beach Gardens, FL 33410
Telephone: (561) 799-5070
Facsimile: (561) 799-4050
Russell D. Paul
Amey J. Park
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
rpaul@bm.net
apark@bm.net

Tarek H. Zohdy
Cody R. Padgett
Laura Goolsby
CAPSTONE LAW APC
875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396
Tarek.Zohdy@capstonelawyers.com
Cody.Padgett@capstonelawyers.com
Laura.Goolsby@captstonelawyers.com

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
William Kalas (P82113)
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852

Telephone: (312) 862-2000
Facsimile: (312) 862-2200
richard.godfrey@kirkland.com
renee.smith@kirkland.com
paul.collier@kirkland.com

*Counsel for General Motors, LLC*

epm@millerlawpc.com
ssa@millerlawpc.com
wk@millerlawpc.com


Joseph H. Meltzer
Melissa L. Troutner
Natalie Lesser
KESSLER TOPAZ MELTZER &
CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056
jmeltzer@ktmc.com
mtroutner@ktmc.com
nlesser@ktmc.com


Lynn Lincoln Sarko
Gretchen Freeman Cappio
Ryan McDevitt
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com


*Plaintiffs Steering Committee*


Michael L. Pitt (P24429)
Beth Rivers (P33614)
PITT McGEHEE PALMER AND
RIVERS, P.C.
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067

Telephone: (248) 398-9800
Facsimile: (248) 398-9804
mpitt@pittlawpc.com
brivers@pittlawpc.com


*Plaintiffs' Liaison Counsel*