UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS SPEERLY, JOSEPH SIERCHIO, DARRIN
DEGRAND, DANIEL DRAIN, WAVERS SMITH,
RICHARD FREEMAN, CHRISTOPHER GILES,
LOUIS RAY, RICHARD SULLIVAN, DANIEL
BAPTIST, DENNIS SPEERLY, JOHN IASIELLO,
BENJY TOMPKINS, JAMES NORVELL, MICHAEL
BANKS, GUY CLARK, MARIA BARALLARDOS,
CARY SHERROW, JASON KEVIN SINCLAIR,
KIMBERLY COULSON, TROY COULSON, ANDRE
MCQUADE, DONALD DYKSHORN, TAIT THOMAS,
JAMES PAUL BROWNE, WILLIAM FREDO,
DONALD SICURA, JON ELLARD, RHIANNA
MEYERS, RANDALL JACOBS, MICHAEL PONDER,
PHILIP WEEKS, KARINA FREDO, JIMMY FLOWERS,
STEVEN BRACK, KEVIN WESLEY, BRIAN LLOYD,
GREGORY BUTSCHA, JERRY CARROLL, KIMBERLY
CARROLL, DOMINIC EATHERTON, THOMAS
EDMONDSON,  RICHARD FILIAGGI, ROBERT
HIGGINS, and DAVID THOMPSON,

        Case Number 19-11044
        Honorable David M. Lawson

        Plaintiffs,
v.

GENERAL MOTORS, LLC,

        Defendant.
_____/

**ORDER GRANTING JOINT REQUEST TO MAINTAIN DOCUMENTS UNDER SEAL**

On February 7, 2022, the defendant filed a motion for leave to file under seal certain exhibits to the plaintiffs' motion for class certification.  Along with the motion to seal, the defendant contemporaneously filed a package of sealed exhibits for consideration by the Court, as allowed by Eastern District of Michigan Local Rule 5.3(b)(3)(A)(vi).  The Court denied the motion to seal on August 10, 2022, but the exhibits which were submitted for the limited purpose of

adjudicating the motion remained sealed.  The parties now have submitted a stipulation to maintain the limited purpose submissions under seal.

The stipulation indicates that three pages of the limited purpose filings, which were identified as ECF document number 221-1, with exhibit identifiers GM000874558–60, relate to future products that are not at issue in this case, and certain plans for development and marketing of those future products through 2029.  The defendant represents that the three pages in question were not referenced in the plaintiffs' motion for class certification and have not been offered in any other context in support or opposition to the motion.  It is undisputed that the products discussed in the document excerpt are not at issue in this case.  The Court finds that the defendant has established a compelling ground for maintaining the confidentiality of information about its future products which is not outweighed by any public interest in full access to information pertinent to the Court's ruling on the class certification motion.  The joint request to maintain the limited purpose filings under seal therefore will be granted.

Accordingly, pursuant to the stipulation of the parties (ECF No. 273), it is **ORDERED** that the defendant's sealed exhibits (ECF No. 221) shall remain **UNDER SEAL**, and the documents with the identifiers GM000874558–60 shall not be publicly filed by the plaintiffs.

                                                  s/David M. Lawson
                                                  DAVID M. LAWSON
                                                  United States District Judge

Dated:   August 30, 2022