# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DENNIS SPEERLY, *et al.*, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS LLC, <br><br> Defendant. | Civil Action No. 2:19-cv-11044 <br><br> Hon. David M. Lawson <br> Magistrate Judge David R. Grand |

## JOINT STIPULATION FOR THE PARTIES TO SUBMIT SUPPLEMENTAL BRIEFING

Plaintiffs and General Motors LLC, by and through their respective counsel, have met, conferred, and stipulate as follows:

1. During the August 18, 2022, hearing on plaintiffs' motion for class certification, the Court questioned whether it would have subject matter jurisdiction over the proposed Michigan subclass. ECF No. 272, PageID.20269–71.

2. The Court stated that it "would be interested in hearing" more regarding this jurisdictional question. *Id.* PageID.20271.

3. On August 24, 2022, counsel for plaintiffs provided a copy of their proposed supplemental brief on the limited issue of subject matter jurisdiction over

the proposed Michigan sub-class to GM. A copy of the proposed supplemental brief is attached hereto as Exhibit A. GM does not oppose plaintiffs' request for leave to submit a supplemental brief based on this Court's statements during the August 18, 2022, hearing, provided that it is afforded an opportunity to respond to plaintiffs' supplemental brief.

4. The parties therefore stipulate that Plaintiffs should be granted leave to file their supplemental brief attached as Exhibit A and that GM may, if it chooses, submit a supplemental response brief of the same length as plaintiffs' supplemental brief within ten days.

Dated: August 30, 2022

/s/ Douglas J. McNamara
Douglas J. McNamara
Karina G. Puttieva
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Ave. NW East Tower,
5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
dmcnamara@cohenmilstein.com
jhorwitz@cohenmilstein.com
kputtieva@cohenmilstein.com

Theodore J. Leopold
COHEN MILSTEIN SELLERS &
TOLL PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400

/s/ Stephanie Douglas
Stephanie Douglas
Lindsay DeMoss Long
Patrick Seyferth
BUSH SEYFERTH PLLC
100 W. Big Beaver Road, Suite 400
Troy, MI 48084
Telephone: (248) 822-7806
Facsimile: (248) 822-7000
long@bsplaw.com
seyferth@bsplaw.com
douglas@bsplaw.com

Richard C. Godfrey, P.C.
Renee D. Smith
Paul D. Collier
KIRKLAND & ELLIS LLP
300 N. LaSalle Dr.
Chicago, IL 60654

Facsimile: (561) 515-1401
tleopold@cohenmilstein.com
*Interim Lead Counsel*

Robert Gordon, Esq.
Steven Calamusa, Esq.
GORDON & PARTNERS, P.A.
4114 Northlake Blvd.,
Palm Beach Gardens, FL 33410
Telephone: (561) 799-5070
Facsimile: (561) 799-4050

Russell D. Paul
Amey J. Park
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
rpaul@bm.net
apark@bm.net

Tarek H. Zohdy
Cody R. Padgett
CAPSTONE LAW APC
875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396
Tarek.Zohdy@capstonelawyers.com
Cody.Padgett@capstonelawyers.com

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
William Kalas (P82113)
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852

Telephone: (312) 862-2000
Facsimile: (312) 862-2200
richard.godfrey@kirkland.com
renee.smith@kirkland.com
paul.collier@kirkland.com

*Counsel for General Motors LLC*

epm@millerlawpc.com
ssa@millerlawpc.com
wk@millerlawpc.com

Joseph H. Meltzer
Melissa L. Troutner
KESSLER TOPAZ MELTZER &
CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056
jmeltzer@ktmc.com
mtroutner@ktmc.com

Lynn Lincoln Sarko
Gretchen Freeman Cappio
Ryan McDevitt
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com

*Plaintiffs Steering Committee*

Michael L. Pitt (P24429)
Beth Rivers (P33614)
PITT McGEHEE PALMER AND
RIVERS, P.C.
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067
Telephone: (248) 398-9800
Facsimile: (248) 398-9804
mpitt@pittlawpc.com
brivers@pittlawpc.com

4

*Plaintiffs' Liaison Counsel*