UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS SPEERLY, JOSEPH SIERCHIO, DARRIN
DEGRAND, DANIEL DRAIN, WAVERS SMITH,
RICHARD FREEMAN, CHRISTOPHER GILES,
LOUIS RAY, RICHARD SULLIVAN, DANIEL
BAPTIST, DENNIS SPEERLY, JOHN IASIELLO,
BENJY TOMPKINS, JAMES NORVELL, MICHAEL
BANKS, GUY CLARK, MARIA BARALLARDOS,
CARY SHERROW, JASON KEVIN SINCLAIR,
KIMBERLY COULSON, TROY COULSON, ANDRE
MCQUADE, DONALD DYKSHORN, TAIT THOMAS,
JAMES PAUL BROWNE, WILLIAM FREDO,
DONALD SICURA, JON ELLARD, RHIANNA
MEYERS, RANDALL JACOBS, MICHAEL PONDER,
PHILIP WEEKS, KARINA FREDO, JIMMY FLOWERS,
STEVEN BRACK, KEVIN WESLEY, BRIAN LLOYD,
GREGORY BUTSCHA, JERRY CARROLL, KIMBERLY
CARROLL, DOMINIC EATHERTON, THOMAS
EDMONDSON,  RICHARD FILIAGGI, ROBERT
HIGGINS, and DAVID THOMPSON,

Case Number 19-11044
Honorable David M. Lawson

       Plaintiffs,

v.

GENERAL MOTORS, LLC,

       Defendant.
_____/

**ORDER GRANTING JOINT REQUEST TO FILE SUPPLEMENTAL BRIEFS**

The Court heard oral argument on the plaintiffs' motion for class certification on August 18, 2022.  During the hearing, the Court posed questions about how minimal diversity could be maintained for CAFA jurisdiction if the plaintiffs' request to certify state-by-state subclasses were granted including a class of persons who purchased class vehicles in the State of Michigan.  At the end of the hearing, the Court invited the plaintiffs to present any supplemental authority on point.  On August 30, 2022, the parties filed a stipulation for leave to file supplemental briefs, along with

- 2 -

the plaintiffs' proposed supplemental brief.  The Court has reviewed the submission and finds that the request for supplemental briefing should be granted.

Accordingly, pursuant to the stipulation of the parties (ECF No. 275), it is **ORDERED** that the parties' joint request for supplemental briefing is **GRANTED**, and the plaintiffs' proposed supplemental brief is deemed properly submitted.  If the defendant wants to file a responsive supplement, then it must do so **on or before September 17, 2022**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   September 7, 2022