IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DENNIS SPEERLY, *et al.*, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br> v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Civil Action No. 2:19-CV-11044<br><br>Hon. David M. Lawson<br>Magistrate Judge David R. Grand |

## NOTICE OF CHANGE OF LAW FIRM

PLEASE TAKE NOTICE that pursuant to E.D. Mich. L.R. 11.2, the contact information of R. Allan Pixton, counsel for General Motors LLC, changed effective April 28, 2023.  Please update R. Allan Pixton's contact information for this matter as follows:

R. Allan Pixton
**Quinn Emanuel Urquhart & Sullivan, LLP**
191 North Wacker Drive, Suite 2700
Chicago, IL  60606
Email:  allanpixton@quinnemanuel.com
Telephone:  (312) 705-7483

DATED:  April 28, 2023                    Respectfully submitted,

                                                */s/ R. Allan Pixton*
                                                R. Allan Pixton, *admitted pro hac vice*
                                                QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                                191 North Wacker Drive, Suite 2700
                                                Chicago, IL  60606
                                                Telephone:  (312) 705-7483
                                                Facsimile:  (312) 705-7401
                                                allanpixton@quinnemanuel.com