Case No. 23-1940

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

DENNIS SPEERLY; JOSEPH SIERCHIO; DARRIN DEGRAND; DANIEL DRAIN; WAVERS SMITH; RICHARD FREEMAN; CHRISTOPHER GILES; LOUIS RAY; RICHARD SULLIVAN; JAMES NORVELL; MICHAEL BANKS; GUY CLARK; MARIA BARALLARDOS; CARY SHERROW; JASON KEVIN SINCLAIR; KIMBERLY COULSON; TROY COULSON; ANDRE MCQUADE; DONALD DYKSHORN; TAIT THOMAS; JAMES PAUL BROWNE; WILLIAM FREDO; JON ELLARD; RHIANNA MEYERS; RANDALL JACOBS; MICHAEL PONDER; PHILIP WEEKS; KATRINA FREDO; JIMMY FLOWERS; STEVEN BRACK; KEVIN WESLEY; BRIAN LLOYD; GREGORY BUTSCHA; JERRY CARROLL; KIMBERLY CARROLL; DOMINIC EATHERTON; THOMAS EDMONDSON; RICHARD FILIAGGI; ROBERT HIGGINS; DAVID THOMPSON; DONALD SICURA,

      Plaintiffs – Appellees,

v.

GENERAL MOTORS, LLC,

      Defendant – Appellant.

Upon consideration of the motion of Theodore J. Leopold for leave to withdraw as counsel for the appellees,

It is ORDERED that the motion be, and it hereby is GRANTED.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: January 30, 2025

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 30, 2025

Mr. Theodore J. Leopold
Cohen Milstein Sellers & Toll
FL
11780 US Highway One
Suite N500
Palm Beach Gardens, FL 33408

Re: Case No. 23-1940, *Dennis Speerly, et al v. General Motors, LLC*
Originating Case No.: 2:19-cv-11044: 2:19-cv-11802: 2:19-cv-11808: 2:19-cv-11875: 2:19-cv-12371

Dear Mr. Leopold,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Mr. Kyle Michael Asher
    Mr. John Franklin Bash
    Mr. Brandon L Boxler
    Mr. Cole Carter
    Mr. Stephen D'Aunoy
    Ms. Stephanie Douglas
    Ms. Kinikia D. Essix
    Mr. Richard C. Godfrey
    Mr. Brian Eric Johnson
    Ms. Wendy Liu
    Ms. Susan McNeill McKeever

Mr. Douglas James McNamara
Ms. Madelyn Petersen
Mr. R. Allan Pixton
Ms. Karina Grace Puttieva
Mr. Brian David Schmalzbach
Ms. Renee D. Smith
Mr. John Mark Thomas
Mr. Jeffrey R. White
Mr. Jason Michael Wilcox

Enclosure